IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIMI ROSE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **FACEBOOK INC.** | : | **NO. 16-2075** |
| **MARK ZUKERBERG** | : | |

## ORDER

AND NOW, this 23rd day of May, 2016, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Legrome D. Davis
**LEGROME D. DAVIS, J.**